**Order filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01075-CV
_____

## ELIZABETH OKORAFOR, Appellant

## V.

## UNCLE SAM & ASSOCIATES, INC., Appellee

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 06-DCV-153665**

## ORDER

On November 10, 2012, appellant filed a notice of appeal from a judgment signed October 17, 2012. Appellant filed a timely motion to modify the judgment. The clerk's record in this appeal was filed February 12, 2013. The reporter's record was due on or before February 14, 2013, but it has not been filed. Karen Rothman, the official court reporter for the 400th District Court, informed this court that appellant had not made payment arrangements for preparation of the reporter's record. Ms. Rothman also notified this court that Sheryl Stapp is the other court reporter for this case.

Unless appellant pays for preparation of the reporter's record on or before **March 15, 2013,** and provides this court with proof of payment for the record, the court will consider and decide those issues that do not require a reporter's record. *See* Tex. R. App. P. 37.3(c).


PER CURIAM